Christopher B. Reich, Esq., Nev. Bar No. 10198
creich@washoeschools.net
Neil A. Rombardo, Esq., Nev. Bar No. 6800
nrombardo@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA COATES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO.: 3:20-cv-00182- LRH-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(first request) |

COMES NOW, Defendant Washoe County School District (the "District") and Plaintiff Victoria Coates ("Plaintiff"), by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rules IA 6-1 and 7-1, to extend the deadline for the District's answer or response to Plaintiff's Complaint to May 6, 2020. This Stipulation is based on the following:

1. As a courtesy to Plaintiff, the District accepted service of the Summons and Complaint on April 1, 2020 [ECF 1; ECF 5].

///

1

2. Due to the current COVID-19 pandemic and the current increased workload of the District and its Office of the General Counsel, the District and Plaintiff stipulate and agree that it is in their mutual best interests to extend the deadline for the District's answer or response to Plaintiff's Complaint.

3. The District and Plaintiff stipulate and agree to extend the deadline for the District's answer or response to Plaintiff's Complaint to May 6, 2020.

4. This is the first Stipulation for extension of time to answer or otherwise respond to Plaintiff's Complaint.

5. This Stipulation is made in good faith and is not for the purposes of delay.

ATED this 13th day of April, 2020.　　　　DATED this 13th day of April, 2020.

y: /s/Kenneth K. Ching, Esq.　　　　　　By: /s/Christopher B. Reich, Esq.
　　Kenneth K. Ching, Esq.　　　　　　　　　Christopher B. Reich, Esq.
　　ken@argentumnv.com　　　　　　　　　　creich@washoeschools.net
　　6121 Lakeside Drive, Suite 208　　　　　　Neil A. Rombardo, Esq.
　　Reno, Nevada 89511　　　　　　　　　　　nrombardo@washoeschools.net
　　Attorney for Plaintiff Victoria Coates　　　Sara Montalvo, Esq.
　　　　　　　　　　　　　　　　　　　　　　salmo@washoeschools.net
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 30425
　　　　　　　　　　　　　　　　　　　　　　Reno, Nevada 89520-3425
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Washoe County School District

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___April 14, 2020_____