UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA COATES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>　　　　Defendant.<br>_____/ | CASE NO.: 3:20-cv-00182-LRH-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

　　　The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this matter with prejudice pursuant to LR 7-1 of the Local

///

///

///

1

Rules of Practice for the United States District Court for the District of Nevada with each party bearing their own fees and costs.

DATED this 21st day of December, 2020.

ARGENTUM LAW

By: _____
Kenneth K. Ching, Esq.
Counsel for Plaintiff
Victoria Coates

DATED this 21st day of December, 2020.

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _____
Christopher B. Reich, Esq.
Counsel for Defendant
Washoe County School District

## ORDER

IT IS HEREBY ORDERED that the above referenced case, Case No. 3:20-cv-00182, is dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

DATED this 22nd day of December, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2